**Opinion issued March 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00164-CV

————————————

**STEPHANIE TEW, Appellant**

**V.**

**DOW CORNING CORPORATION; DOW CORNING WRIGHT CORPORATION; SURGITEK, INC.; COOPERVISION INC.; COOPER COMPANIES INC.; SIROD CORPORATION; NATURAL Y SURGICAL SPECIALTIES INC.; AESTHETECH CORPORATION; CV SUB 1987 INC.; MEDICAL ENGINEERING CORPORATION; BRISTOL-MYERS SQUIBB COMPANY; DAVID RASMUSSEN, MD; GENERAL ELECTRIC COMPANY; "21" INTERNATIONAL HOLDINGS INC. (FKA KNOLL INTERNATIONAL HOLDINGS); WILSHIRE FOAM PRODUCTS INC.; AND DOW CHEMICAL COMPANY, Appellees**

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 1992-61169ED

# MEMORANDUM OPINION

Appellant, Stephanie Tew, has filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.